# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0225

---

MONTANA ENVIRONMENTAL
INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs, Appellees,
      and Cross-Appellants,

   v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY AND           O R D E R
NORTHWESTERN CORPORATION,

      Defendants, Appellants,
      and Cross-Appellees,

STATE OF MONTANA, by and through
the OFFICE OF THE ATTORNEY GENERAL,

      Intervenor-Defendant.

---

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Monday, April 22, 2024, at 10:30 a.m. in the Strand Union Building, Ballroom A on the campus of Montana State University, Bozeman, Montana, with an introduction to the oral argument beginning at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, Andrea Lower, Court Administrator of the Eighteenth Judicial District, Sara Callow, Pre-Law Advisor, Montana State University, Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, John Mudd, Executive Director, State Bar of Montana, and Honorable Thomas Pardy, District Judge.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024